# EXHIBIT A

1. Aguilar, Ruben
2. Anguiano, Maria
3. Aviles, Daniel
4. Bozza, Antonio
5. Cedeno, Jose
6. Contreras, Angela
7. Garcia, Brenda
8. Lagunes, Yadira
9. Leon, Leslie G
10. Lopez, Sergio
11. Mares, Juan J
12. Marmol-Lopez, Eduardo
13. Mata-Luna Nabor, Christian
14. Mejia, Eric
15. Perez, Diego
16. Perez-Reyes, Juan Felipe
17. Rios, Jordy N
18. Sandoval-Alberto, Jorge
19. Solis-Vera, Javier
20. Vasquez, Allan